UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24407 COOKE/TORRES

TAL HILSON,

    Plaintiff,                                       INJUNCTIVE RELIEF SOUGHT

vs.

YAMAGUCHI, INC. d/b/a HIRO,

    Defendant.

_____/

## JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

    Plaintiff, YAMAGUCHI, INC. d/b/a HIRO, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

## FACTS

  1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

  2. There is no need for the case to be pending during this time period as it is the partiesø belief the parties will comply with same subsequent hereto.

  3. Except as provided in the settlement agreement, each party is to bear its own attorneyøs fees and costs.

## MEMORANDUM OF LAW

    Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. In re Anago Franchising v. Shaz, LLC, 677

1

Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 27 day of April, 2015.

Respectfully submitted,

By: /s/ James Loren                           s/ Mark D. Cohen_____
James L. Loren, Esq.                          Mark D. Cohen, Esquire
Florida Bar No. 55409                         Bar No.: 347345
100 S. Pine Island Road Ste. 132              E-mail address: mdcohenpa@yahoo.com
Plantation, FL 33324                          Law Offices of Mark D. Cohen, P.A.
Telephone: (954) 585-4878                     4000 Hollywood Blvd. Ste 435 So.
Facsimile: (954) 585-4886                     Hollywood, FL 33021
Jloren@lorenlaw.com                           Telephone: (954) 962-1166
Attorney for Defendant                        Facsimile: (954) 962-1779
                                              Attorney for Plaintiff